83,253-03

# TEXAS COURT OF CRIMINAL APPEALS

## AT AUSTIN TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 26 2015

Abel Acosta, Clerk

WR-83,253-01

RONALS WHIT DUBOSE,    APPLICANT

V.

THE STATE OF TEXAS,    APPELLEE

This document contains some pages that are of poor quality at the time of imaging.

Out of the 25th District Court

Guadalupe County, Texas

Trial Court Cause No.07-1246-CR-A

On Application for Writ of Habeas Corpus

TEX.C.CRIM.P. art.11.07

## APPLICANT'S MOTION TO COMPEL

RONALD WHIT DUBOSE,#1753794
ELLIS UNIT- APPLICANT, PRO SE
1697 FM 980
HUNTSVILLE, TEXAS 77343

1

## JURISDICTION

This Court has jurisdiction of this case TEX.C.CRIM.P. ART. 4.04.

## I.
## GROUNDS OF REVIEW

Applicant filed a Writ of Habeas Corpus in the 25th District Court of Guadalupe County, Texas. Thereafter, said court, prior to making a finding of fact and conclusion of law, sent the writ up to this Honorable Court for review. This Honorable Court issued an ORDER to the said District Court, ordering said court to hold a hearing on the issues within the said writ and thereafter, send them up to this Honorable Court. The said District Court Clerk sent this Honorable Court a supplemental clerk's record without allowing applicant the chance to read or file a rebuttal thereto, prior to said records being sent up to this Honorable Court. Thus, denying applicant his rights to due process and equal protection of the law. The subject matter of the information sent up to this Honorable Court was to be the testimony of Applicant's trial Counsel, who Applicant asserted in the writ to be ineffective. To deny applicant the right to see what was said and allow applicant a chance to view and rebutt any unture allegations/testimony breaches applicant's constitutional rights secured under the U.S. and Texas Constitution. For these reasons, applicant's requesting that this Court remand this case back to the trial court to allow applicant his rights to due process. That a copy of the supplemental record thereto, be provided to applicant without charge. That the entire record in this case be provided to applicant free of charge, due to applicant being indigent and without funds.

2

That all further proceedings in this Honorable Court be STAYED until applicant has had the chance to obtain a copy of said records and thereafter file a meaningful rebuttal if one is necessary. Thereafter, that the case be sent back up to this Honorable Court for further exhaustive review.

## P R A Y E R

Applicant prays this Honorable Court will see the need to allow applicant to stay any further proceedings in this case and remand this case back to the trial court to allow applicant to obtain a copy of the supplemental records and the records sent up to this Honorable Court, and thereafter, file a meaningful rebuttal if one is needed. That this Honorable Court would ORDER this District Clerk of Guadalupe County, Texas to provide applicant a free copy of the supplemental records and a copy of the entire record sent up to this Honorable Court for review, free of charge due to applicant being an indigent prisoner without funds or any way of making money. Applicant requests any other relief that this Honorable Court deems just in reaching the ends of justice in this matter.

Respectfully submitted,

RONALD WHIT DUBOSE,#1753794
APPLICANT, PRO SE
ELLIS UNIT
1697 FM 980
HUNTSVILLE, TEXAS 77343

3

## UNSWORN DECLARATION

I, Ronald Whit DuBose, swear under the penalty of perjury that the statements made in the foregoing Motion to Compel are true and correct to the best of my knowledge and understanding. Executed on this the _17_ day of August 2015.

_Ronald Whit DuBose_
RONALD WHIT DuBOSE,#1753794
APPLICANT, PRO SE


## CERTIFICATE OF SERVICE

This is to certify that a true and correct original copy of the foregoing Motion to Compel has been mailed by U.S. Mail to the Clerk of the Court of Criminal Appeals, and to the District Clerk of Guadalupe County, Texas, on this the _17_ day of August 2015.

_Ronald Whit DuBose_
RONALD WHIT DuBOSE,#1753794
APPLICANT, PRO SE
O.B. ELLIS UNIT
1697 FM 980
HUNTSVILLE, TEXAS 77343

4

Dear Honorable Clerk,                                    August __17__,2015

   Please find enclosed for filing Applicant's Motion To Compel.
Please file same and set this matter before the Honorable Court
for ruling. I thank you for your time and efforts in this matter.


Respectfully submitted,

RONALD WHIT DuBOSE,# 1753794
APPLICANT, PRO SE
O.B. ELLIS UNIT
1697 FM 980
HUNTSVILLE, TEXAS 77343


cc:rwd/file

